**PARKER & CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

| | |
|---|---|
| DANIEL S. PARKER<br>MICHAEL CARMODY<br>CHRISTINA S. COOPER | TELEPHONE: (212) 239-9777<br>FACSIMILE:  (212) 239-9175<br>Email: DanielParker @ aol.com |

June 5, 2020

**By ECF**
Hon. Laura Taylor Swain
United States District Judge               **MEMO ENDORSED**
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Mircea Constantinescu, as to Cristian Ulmanu**
**19 Cr. 651 (LTS)**

Dear Judge Swain:

    I am the attorney for Cristian Ulmanu, the defendant in the above-captioned matter, appointed pursuant to the Criminal Justice Act. I write requesting that the Court appoint  my associate, Christina S. Cooper, to assist me in this case, including reviewing the voluminous discovery that the Government has produced, engaging in legal research and drafting motions if necessary.

    Ms. Cooper, an experienced attorney, has previously been appointed to assist me in other CJA matters at the hourly rate of $110/hr.  I am seeking authorization for Ms. Cooper to work up to 150 hours on this matter.  If approved, Ms. Cooper will work under my direction and will abide by the conditions of any protective order.  At the conclusion of this case, she will submit a voucher subject to Court approval.

    If the foregoing meets with the Court's approval, then I respectfully request that Your Honor "So Order" this letter.

    Thank you for your consideration in this matter.

                                                                                       Very truly yours,

                                                                                      /s/

The request is granted.
DE#273 resolved.
SO ORDERED.                                               Daniel S. Parker
6/5/2020
/s/ Laura Taylor Swain, USDJ