UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                   No.  19 CR 651-LTS

CRISTIAN ULMANU,

       Defendant.

--------------------------------------------------------x

<u>ORDER</u>

The Court has received and reviewed Mr. Ulmanu's letter motion requesting that the Court order the Bureau of Prisons to transport him to a hospital to receive COVID-19 treatment.  (Docket Entry No. 390.)

The Government is hereby directed to file, by **3pm today, December 7, 2020**, a report stating (1) Mr. Ulmanu's current condition and custodial placement, (2) the date of his last clinical assessment and COVID-19 test, (3) his most recent COVID-19 test result, (4) his current temperature, and (5) any treatment being provided.

     SO ORDERED.

Dated: New York, New York
       December 7, 2020

                               /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              United States District Judge