**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER                                               TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                FACSIMILE:  (212) 239-9175
CHRISTINA S. COOPER                                            DanielParker@aol.com

January 26, 2021

**By ECF**
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York                **MEMO ENDORSED**
500 Pearl Street
New York, NY 10007

**Re: United States v. Mircea Constantinescu, as to Cristian Ulmanu**
19 Cr. 651 (LTS)

Dear Judge Swain:

    I write with the consent of the Government to request an adjournment of the conference scheduled for February 9, 2021.  The parties are engaged in plea negotiations and believe that it would make the most sense to adjourn the conference for approximately six weeks.

    On behalf of the defendant, I consent to the exclusion of time.

    Thank you for your attention to this matter.

Respectfully,

Daniel S. Parker
Christina S. Cooper
Attorneys for C. Ulmanu
Parker and Carmody, LLP
850 Third Avenue
14th Floor
New York, NY 10022
Cell: 917-670-7622
DanielParker@aol.com

The application is granted.  The conference is adjourned to March 23, 2021, at 9:00 a.m.  The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through March 23, 2021, outweigh the best interests of the public and the defendant in a speedy trial because of the need for time for further discussions and advice in connection with those discussions.

SO ORDERED.
Dated: 1/26/2021

/s/ Laura Taylor Swain
Laura Taylor Swain, USDJ

Cc: All parties (by ECF)