UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                   No. 19 CR 651-LTS

CHRISTIAN ULMANU,

       Defendant.

-------------------------------------------------------x

## ORDER

The change of plea hearing in this matter currently scheduled for April 23, 2021, at 12:00 p.m. is hereby rescheduled to take place on **May 20, 2021, at 9:00 a.m.** The Court will request Mr. Ulmanu's remote participation by videoconference. However, the specific date, time, and modality cannot be confirmed until the preceding week, so the parties are requested to keep their calendar's open between 9:00 a.m. and 2:00 p.m. on May 20, 2021. The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through May 20, 2021, outweigh the best interests of the public and the defendant in a speedy trial because of the need for further time for consideration and advice, and pandemic-related scheduling issues.

      SO ORDERED.

Dated: New York, New York
       April 29, 2021

                                                     /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge