UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

— — — — — — — — — — — — — — — — — —X

UNITED STATES OF AMERICA

      - against –

CRISTIAN ULMANU,

           Defendant.

— — — — — — — — — — — — — — — — —X

ORDER OF JUDICIAL REMOVAL

Criminal Docket No. 19 Cr. 651 (LTS)

Upon the application of the United States of America, by Samuel Rothschild, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of CRISTIAN ULMANU (the "defendant"); and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native and citizen of Romania.

3. On or about April 13, 2017, the subject was admitted to the United States as a nonimmigrant temporary visitor for pleasure (B-2).

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, of the following offense: Conspiracy to Commit Wire and Bank Fraud, in violation of Title 18, United States Code, Section 1349.

5. A total maximum sentence of 30 years' imprisonment may be imposed for the above-mentioned offense.

1

6.    The defendant is subject to removal pursuant to Section 237(a)(1)(B) of the Immigration and Nationality Act of 1952, as amended ("Act"), 8 U.S.C. § 1227(a)(1)(B), in that after admission as a nonimmigrant under Section 101(a)(15) of the Act, he has remained in the United States for a time longer than permitted; and Section 237(a)(2)(A)(iii) of the Act, 8 U.S.C. § 1227(a)(2)(A)(iii), as a noncitizen convicted of an aggravated felony, as defined under section 101(a)(43)(M) of the Act, 8 U.S.C. § 1101(a)(43)(M), at any time after admission.

7.    The defendant has waived his right to notice and a hearing under Section 238(c) of the Act, 8 U.S.C. § 1228(c).

8.    The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

9.    The defendant has designated Romania as the country for removal pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the Act, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Romania.

Dated:   New York, New York

September 14 2021

HONORABLE LAURA TAYLOR SWAIN
CHIEF UNITED STATES DISTRICT JUDGE

2